UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
| | : | |
| In re: | : | |
| | : | |
| AMERICAN REALTY CAPITAL PROPERTIES, INC. LITIGATION | : | 15-MC-40 (AKH) |
| _____ | : | |
| | : | |
| This Document Relates to: | : | |
| | : | |
| *Teachers Insurance and Annuity Association of America, et al. v. American Realty Capital Properties, Inc. et al.* | : | 15-CV-421 (AKH) (FM) |
| | : | **NOTICE OF MOTION TO DISMISS** |
------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Declaration of Gary Stein, dated May 29, 2015, and the exhibits attached thereto, Defendants RCS Capital Corporation, Realty Capital Securities, LLC and RCAP Holdings, LLC [f/k/a RCS Capital, LLC] (together the "RCAP Defendants") hereby move this Court, before the Honorable Alvin K. Hellerstein, in Courtroom 14D at the United States Courthouse, 500 Pearl St., New York, New York 10007, on a date and at a time to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u–4, dismissing with prejudice the Amended Complaint to the extent it asserts claims against the RCAP Defendants and granting any such further relief as this Court deems just and proper.

| | |
|---|---|
| Dated: New York, New York<br>May 29, 2015 | SCHULTE ROTH & ZABEL LLP<br><br>By:   /s/  Martin L. Perschetz<br>        Martin L. Perschetz<br>        Gary Stein<br>        Christopher H. Giampapa<br>        Randall Adams<br><br>    919 Third Avenue<br>    New York, NY  10022<br>    (212) 756-2000<br>    martin.perschetz@srz.com<br>    gary.stein@srz.com<br>    christopher.giampapa@srz.com<br>    randall.adams@srz.com<br><br>*Attorneys for RCS Capital Corporation, RCAP Holdings, LLC, and Realty Capital Securities, LLC* |