```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re AMERICAN REALTY CAPITAL          :   Civil Action No. 1:15-mc-00040-AKH
PROPERTIES, INC. LITIGATION            :
                                       :   CLASS ACTION
---------------------------------------- :
                                       :
This Document Relates To:              :
                                       :
    ALL ACTIONS.                       :
                                       :
---------------------------------------- x

[PROPOSED] ORDER CONCERNING PERIODIC
REPORTS BY CLAIMS ADMINISTRATOR

4839-0877-6626.v1

As discussed on the record during the January 21, 2020 hearing of Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation (ECF No. 1282), claims administrator, Gilardi & Co. LLC, shall submit to the Court periodic reports as follows:

| | |
|---|---|
| First Report: | Upon the completion of the processing of claims, a report describing how many claims were received and the aggregate amount of such claims; |
| Second Report: | Once the first distribution is sent, a report informing the Court that distribution of the Net Settlement Fund has begun and the amount distributed; |
| Third Report: | After a reasonable time for negotiating the checks has passed, a report informing the Court that a second distribution was made and the amount of that second distribution; and |
| Fourth Report: | After a reasonable time for negotiating the checks issued in the second distribution has passed, a report informing the Court that a third distribution is appropriate and the amount of that third distribution, or if it is determined that the remaining Net Settlement Fund is *de minimus*, that a charitable contribution to a community trust in the City of Baltimore was made, and the amount of that charitable contribution. |

IT IS SO ORDERED.

DATED: Jan. 29, 2020

THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

4839-0877-6626.v1